IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RESTORATION, aka RESTORATION, INC., fka CATHEDRAL OF LOVE**<br><br>　　　　　**Plaintiff**,<br>　　v.<br><br>**CITY OF VISALIA, and DOES 1-20,**<br><br>　　　　　**Defendants.** | CIV F 04-5916 AWI SMS<br><br>**ORDER SETTING STATUS CONFERENCE FOR DECEMBER 12, 2005** |

　　　This case is currently stayed on the basis of *Younger* abstention. On October 14, 2005, the Court received a status report from Plaintiff. The status report indicates that Plaintiff and Defendant have reached a settlement as to the disputed property, the settlement documentation has yet to be completed, and the parties are giving themselves 30 days in which to do so. Plaintiff requests that a status conference be set at least 60 days from the date of the status report. Defendant has not filed an opposition or response to the request for status conference.

　　　Accordingly, IT IS HEREBY ORDERED that the parties are to appear for a status conference in this case on December 12, 2005, at 1:30 p.m.

IT IS SO ORDERED.

**Dated:　October 26, 2005**　　　　　　　　　　**/s/ Anthony W. Ishii**
0m8i78　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE