James A. McKelvey #37597
Douglas V. Thornton #154956
MOTSCHIEDLER, MICHAELIDES & WISHON, LLP
1690 West Shaw Avenue, Suite 200
Fresno, California 93711
Telephone (559) 439-4000
Facsimile (559) 439-5654

FILED
2006 JAN 10 P 1: 32
CLERK, US DIST COURT
EASTERN DIST. OF CALIF
 FRESNO

Attorneys for: Plaintiff and Petitioner RESTORATION CHURCH, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RESTORATION CHURCH, INC., a non-profit religious corporation,<br><br>Plaintiff and Petitioner,<br><br>v.<br><br>CITY OF VISALIA, municipal corporation and charter law city and political subdivision of the State of California, acting by and through its city council, commissions, committees, staff, agencies, departments and officials; and DOES 1 through 10, inclusive,<br><br>Defendants and Respondents. | Case No.: CIV-F-04-5916 AWI/SMS<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

NOTICE IS HEREBY GIVEN that pursuant to Federal Rules of Civil Procedure section 41(a), plaintiff voluntarily dismisses the above-captioned action with prejudice.

Dated: December 30, 2005.                MOTSCHIEDLER, MICHAELIDES & WISHON, LLP

It is so Ordered. Dated: 1-10-06   By: /s/ Douglas V. Thornton
                                                               Douglas V. Thornton, Attorneys for
                                                               Plaintiff and Petitioner RESTORATION
                                                               CHURCH, INC.

_/s/_ United States District Judge

MOTSCHIEDLER,
MICHAELIDES &
WISHON, LLP

1                                                                                                        {04253/0000//155588.DOC}

Notice Of Voluntary Dismissal